Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                Case No.:  18−12056−MBK
                Chapter:  13
                Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Walter E. Nixon
   57 Center Street
   Metuchen, NJ 08840

Social Security No.:
   xxx−xx−6872

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

   Notice is hereby given that a Plan was confirmed in this matter on July 11, 2019.

   On 11/15/2020 the debtor filed a modification to the Plan.

   Accordingly, a hearing will be held before the Honorable Michael B. Kaplan on:

Date:                January 5, 2021
Time:               10:00 AM
Location:       Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

   Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: November 16, 2020
JAN: gan

                                                                                                                     Jeanne Naughton
                                                                                                                     Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Walter E. Nixon  
    Debtor(s)

Case No. 18-12056-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3  
Date Rcvd: Nov 16, 2020      Form ID: 185      Total Noticed: 49

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 18, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Walter E. Nixon, 57 Center Street, Metuchen, NJ 08840-1879 |
| cr | + | Franklin Square Condominium Association, Inc., Cutolo Barros LLC, 46-50 Throckmorton Street, Freehold, NJ 07728-1973 |
| cr | + | Specialized Loan Servicing LLC, c/o Bonial & Associates, P.C., 14841 Dallas Parkway, Dallas, TX 75254-7685 |
| 517403031 | | American Express Bank, FSB, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517311850 | + | Amex, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 517311849 | + | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 517311852 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank Of America, Po Box 982238, El Paso, TX 79998 |
| 517311853 | + | Capital One/Neiman Marcus/Bergdorf Goodm, Po Box 729080, Dallas, TX 75372-9080 |
| 517311856 | + | Cbusasears, Po Box 6189, Sioux Falls, SD 57117-6189 |
| 517311855 | + | Cbusasears, Citicorp Credit Srvs/Centralized Bankrup, Po Box 790040, Saint Louis, MO 63179-0040 |
| 517311860 | + | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 517311859 | + | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, S Louis, MO 63179-0040 |
| 517311862 | + | Citicards Cbna, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 517311861 | + | Citicards Cbna, Citicorp Credit Svc/Centralized Bankrupt, Po Box 790040, Saint Louis, MO 63179-0040 |
| 517657857 | + | Franklin Square Condo Association, Access Property Management, 4 Walter E. Foran Blvd., Suite 311, Flemington, NJ 08822-4668 |
| 517334821 | + | Franklin Square Condominium Assoc, Access Property Management, 4 Walter E. Foran Blvd., Suite 311, Flemington, NJ 08822-4668 |
| 517334500 | | HOME DEPOT CREDIT SERVICES, PO BOX 9001010, LOUISVILLE, KY 40290-1010 |
| 517657858 | + | John F Kwasnik, Esq., Mezzacca & Kwasnik, LLC, 980 Amboy Avenue, Suite 2, Edison NJ 08837-2809 |
| 517311864 | + | Nissan Motor Acceptance Corp/Infinity Lt, 2901 Kinwest Pkwy, Irving, TX 75063-5816 |
| 517311863 | + | Nissan Motor Acceptance Corp/Infinity Lt, Attn: Bankruptcy, Po Box 660360, Dallas, TX 75266-0360 |
| 517311868 | + | Real Time Resolutions, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 517334504 | | SPECIALIZED LOAN SERVICING LLC, PO BOX 105219, ATLANTA, GA 30348-5219 |
| 517334503 | + | Sanford J. Becker, Esq., PLUES E, BECKER & SALTZMAN, LLC, 20000 Horizon Wny, Suite 900, Mt. Laurel,N.J 08054-4318 |
| 517379735 | + | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 517334502 | | Sunrise Credit Services, Inc., P.O. Box 9100, Farmingdale, NY 11735-9100 |
| 517434199 | | Verizon, 4525 N Santa Fe Ave., Oklahoma City, OK 73118 |
| 517311873 | + | Wells Fargo Bank, Po Box 10438, Macf8235-02f, Des Moines, IA 50306-0438 |
| 517311874 | + | Wells Fargo Bank, Po Box 14517, Des Moines, IA 50306-3517 |
| 517409372 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 517361552 | + | Wells Fargo Bank, N.A., 435 Ford Road, Suite 300, Saint Louis Park, MN 55426-4938 |
| 517311876 | + | Wells Fargo Dealer Services, Po Box 1697, Winterville, NC 28590-1697 |
| 517311875 | + | Wells Fargo Dealer Services, Attn: Bankruptcy, Po Box 19657, Irvine, CA 92623-9657 |
| 517311877 | + | Wf Pll, Po Box 94435, Albuquerque, NM 87199-4435 |

TOTAL: 33

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 16 2020 22:24:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | | |

|           |   |                                              |                      |                                                                                                                  |
|-----------|---|----------------------------------------------|----------------------|------------------------------------------------------------------------------------------------------------------|
|           |   |                                              | Nov 16 2020 22:24:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517317864 |   | Email/Text: Bankruptcy.RI@Citizensbank.com   | Nov 16 2020 22:23:00 | Citizens Bank N.A., 1 Citizens Drive Mailstop ROP15B, Riverside, RI 02915 |
| 517311865 |   | Email/Text: Bankruptcy.RI@Citizensbank.com   | Nov 16 2020 22:23:00 | RBS Citizens Cc, 1 Citizens Dr, Ms: Rop 15b, Riverside, RI 02915 |
| 517311866 |   | Email/Text: Bankruptcy.RI@Citizensbank.com   | Nov 16 2020 22:23:00 | RBS Citizens Cc, 1000 Lafayette Blvd, Bridgeport, CT 06604 |
| 517311854 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Nov 17 2020 00:09:28 | Capital One/Neiman Marcus/Bergdorf Goodm, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 517334501 |   | Email/Text: sbse.cio.bnc.mail@irs.gov        | Nov 16 2020 22:23:00 | Department of the Treasury, Internal Revenue Service, Stop 6525 {SP CIS},, Kansas City MO 64999-0025 |
| 517311857 |   | Email/PDF: ais.chase.ebn@americaninfosource.com | Nov 17 2020 00:08:11 | Chase Card, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 517311858 |   | Email/PDF: ais.chase.ebn@americaninfosource.com | Nov 17 2020 00:08:11 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 517311867 | + | Email/Text: bkdepartment@rtresolutions.com   | Nov 16 2020 22:24:00 | Real Time Resolutions, Attn: Bankruptcy, Po Box 36655, Dallas, TX 75235-1655 |
| 517311869 | + | Email/PDF: gecsedi@recoverycorp.com          | Nov 17 2020 00:06:57 | Syncb/electronics Expo, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517311870 | + | Email/PDF: gecsedi@recoverycorp.com          | Nov 17 2020 00:06:57 | Syncb/electronics Expo, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 517311871 | + | Email/PDF: gecsedi@recoverycorp.com          | Nov 17 2020 00:06:58 | Synchrony Bank/PC Richard, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517311872 | + | Email/PDF: gecsedi@recoverycorp.com          | Nov 17 2020 00:08:09 | Synchrony Bank/PC Richard, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 517334499 | + | Email/Text: bankruptcydepartment@tsico.com   | Nov 16 2020 22:24:00 | TRANSWORLD SYSTEMS INC., 5626 FRANTZ ROAD, DUBLIN, OH 43017-1559 |
| 517427295 |   | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM    | Nov 17 2020 00:08:21 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |

TOTAL: 16

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID  | Bypass Reason | Name and Address |
|-----------|---------------|------------------|
| 517663221 |               | MTA Bridges and Tunnels |
| 517663222 |               | Optimum |
| 517725399 | *+            | Franklin Square Condo Association, Access Property Management, 4 Walter E. Foran Blvd., Suite 311, Flemington, NJ 08822-4668 |
| 517334824 | *+            | Home Depot Credit Services, P.O. Box 9001010, Louisville, KY 40290-1010 |
| 517334822 | *P++          | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, P. O. Box 6525, Kansas City, MO 64999 |
| 517376563 | *             | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 517725400 | *+            | John F Kwasnik, Esq., Mezzacca & Kwasnik, LLC, 980 Amboy Avenue, Suite 2, Edison NJ 08837-2809 |
| 517663218 | *+            | John F Kwasnik, Esq., Mezzacca & Kwasnik, LLC, 980 Amboy Avenue, Suite 2, Edison, NJ 08837-2809 |
| 517334825 | *+            | Sunrise Credit Services, Inc., P.O. Box 9100, Farmingdale, NY 11735-9100 |
| 517334823 | *+            | Transworld Systems, Inc., 5626 Frantz Road, Dublin, OH 43017-1559 |
| 517311851 | ##+           | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |

TOTAL: 2 Undeliverable, 8 Duplicate, 1 Out of date forwarding address

Case 18-12056-MBK    Doc 93    Filed 11/18/20    Entered 11/19/20 00:19:00    Desc Imaged
Certificate of Notice    Page 4 of 4

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Nov 16, 2020 | Form ID: 185 | Total Noticed: 49 |

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 18, 2020        Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 16, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Specialized Loan Servicing LLC dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Joseph Andrew Kutschman, III | on behalf of Creditor Franklin Square Condominium Association  Inc. jkutschman@cutolobarros.com, ecourts@cutolobarros.com |
| Linwood A. Jones | on behalf of Debtor Walter E. Nixon linwoodjonesesq@gmail.com |
| Robert P. Saltzman | on behalf of Creditor Specialized Loan Servicing LLC dnj@pbslaw.org |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7