UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**FEIN, SUCH, KAHN & SHEPARD, P.C.**
Counsellors at Law
7 Century Drive – Suite 201
Parsippany, New Jersey 07054
(973) 538-9300
Attorneys for Select Portfolio Servicing, Inc., as servicer for Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2022-2
R.A. LEBRON, ESQ.
SPS2558
bankruptcy@fskslaw.com

---

| In Re: | Case No.: 18-12056 MBK |
|---|---|
| WALTER E. NIXON | Chapter: 13 |
| Debtor(s). | Judge: Honorable Michael B. Kaplan, Chief Judge |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of <u>Select Portfolio Servicing, Inc., as servicer for Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2022-2</u>. This party is a party in interest in this case pursuant to a mortgage dated January 31, 2012 and recorded in the Office of the MIDDLESEX County Clerk/Register on February 15, 2012 in Mortgage Book 14621, Page 543, and is a secured creditor. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

> ADDRESS:    FEIN, SUCH, KAHN & SHEPARD, P.C.
> Counsellors at Law
> 7 Century Drive – Suite 201
> Parsippany, New Jersey 07054

> DOCUMENTS:

> ☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

> ☒ All documents and pleadings of any nature.

**FEIN, SUCH, KAHN & SHEPARD, P.C.**
Attorneys for Select Portfolio Servicing, Inc., as servicer for Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2022-2

Dated: <u>July 21, 2022</u>      By: <u>/s/ R.A. Lebron, Esq.</u>
R.A. LEBRON, ESQ.

Case No.: 18-12056 MBK