| UNITED STATES BANKRUPTCY COURT |
| --- |
| District of New Jersey |

| |
| --- |
| Albert Russo |
| PO Box 4853 |
| Trenton, NJ  08650 |
| (609) 587-6888 |
| Standing Chapter 13 Trustee |

Order Filed on February 14, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

Walter E. Nixon

Debtor(s)

Case No.: 18-12056 / MBK

Hearing Date: 02/14/2024

Judge: Michael B. Kaplan

Chapter:  13

## ORDER REGARDING CHAPTER 13 STANDING TRUSTEE'S MOTION TO DISMISS OR CERTIFICATION OF DEFAULT

The relief set forth on the following page is **ORDERED**.

**DATED: February 14, 2024**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

This matter having come before the Court on the Standing Trustee's Motion to Dismiss or an objection to the Trustee's Certification of Default, and good cause having been shown, it is

**ORDERED** that case is allowed to continue under Chapter 13 upon the following terms and conditions:

- $33,889.00 paid to date

- Debtor(s) shall remit $576.00 per month to the Trustee for 11 months beginning 3/1/2024

- If the Debtor(s) fail to make regular plan payments to the Trustee for a period of more than 30 consecutive days, upon the Certification of the Trustee of such non-payments, with Notice of the Certification to the Debtor(s) and the Debtor(s) attorney, if any, the within case shall be dismissed.

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-12056-MBK |
| Walter E. Nixon | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 14, 2024 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 16, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Walter E. Nixon, 57 Center Street, Metuchen, NJ 08840-1879 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 16, 2024           Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 14, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Specialized Loan Servicing LLC dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Joseph Andrew Kutschman, III | on behalf of Creditor Franklin Square Condominium Association Inc. jkutschman@cutolobarros.com, ecourts@cutolobarros.com |
| Linwood A. Jones | on behalf of Debtor Walter E. Nixon linwoodjonesesq@gmail.com jones.linwooda.r102478@notify.bestcase.com |
| Peter Adel Lawrence, I | on behalf of Creditor SELECT PORTFOLIO SERVICING INC., AS SERVICER FOR FEDERAL HOME LOAN MORTGAGE |

CORPORATION, AS TRUSTEE FOR FREDDIE MAC SLST 2022-1 PARTICIPATION INTEREST TRUST
bankruptcy@fskslaw.com

R. A. Lebron
on behalf of Creditor Select Portfolio Servicing Inc., as servicer for Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2022-2 bankruptcy@fskslaw.com

Robert P. Saltzman
on behalf of Creditor Specialized Loan Servicing LLC dnj@pbslaw.org

Tammy L. Terrell
on behalf of Creditor Select Portfolio Servicing Inc., as servicer for Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2022-2 bankruptcy@fskslaw.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 10