| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Laura Egerman<br>McCalla Raymer Leibert Pierce, LLC<br>485F US Highway 1 S, Suite 300<br>Iselin, NJ 08830<br>Telephone: (732) 902-5399<br>NJ_ECF_Notices@McCalla.com<br>Attorneys for Secured Creditor | |
| In re:<br><br>Walter E. Nixon,<br><br><div align="right">Debtor</div> | Case No. 18-12056-MEH<br><br>Chapter 13<br><br>Judge: Mark E. Hall |

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac SLST 2022-1 Participation Interest Trust. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

McCalla Raymer Leibert Pierce, LLC
485F US Highway 1 S, Suite 300
Iselin, NJ 08830

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.
☒ All documents and pleadings of any nature.

Date:    November 11, 2024        /s/ *Laura Egerman*
                                                                Laura Egerman

NOA