UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

**Caption in Compliance with D.N.J LBR 9004-1(b)**

**Robertson, Anschutz, Schneid, Crane & Partners, PLLC**

Authorized Agent for Secured Creditor
130 Clifton Road, Lobby B, Suite 202
Fairfield, NJ 07004
Telephone: 973-575-0707
Facsimile: 973-404-8886
Cory F. Woerner (296702019)

Case No.:  SEE ATTACHED
EXHIBIT A

In Re:

SEE ATTACHED EXHIBIT A

**NOTICE OF SUBSTITUTION OF ATTORNEY**

Under D.N.J. LBR 9010-2, the undersigned notifies the Court that Cory F. Woerner of Robertson, Anschutz, Schneid, Crane & Partners, PLLC will be substituted as attorney of record for Creditor in place of Kimberly A. Wilson in this case.

Date:  04/23/2025

Robertson, Anschutz, Schneid, Crane
& Partners, PLLC

/s/  Kimberly A. Wilson
Signature of Former Attorney
By:  Kimberly A. Wilson

Date:  04/23/2025

Robertson, Anschutz, Schneid, Crane
& Partners, PLLC

/s/Cory F. Woerner
Signature of Substituted Attorney
Cory F. Woerner
296702019

EXHIBIT "A"

17-28489-JKS
17-31187-JNP
18-11262-RG
18-12056-MEH
18-14102-JNP
18-14808-ABA
18-18677-RG
18-19610-MEH
18-21646-ABA
18-23289-VFP
18-23574-RG
18-23749-VFP
18-24434-VFP
18-26474-JKS
18-27100-VFP
18-27945-SLM
18-29891-JKS
18-30451-CMG
18-30979-VFP
18-31081-ABA
18-31536-MBK
18-31567-MBK
18-32320-MEH
19-10868-CMG
19-11349-MEH
19-12763-MBK
19-12798-MBK
19-13186-VFP
19-14705-JKS
19-15644-VFP
19-15928-MBK
19-17218-JNP
19-17471-SLM
19-17493-SLM
19-17748-MBK
19-18958-JKS
19-19288-MEH
19-19528-ABA
19-20111-MBK
19-21949-JNP
19-22409-CMG
19-22933-CMG
19-23040-ABA
19-23614-VFP

19-23906-RG
19-23916-CMG
19-24229-JKS
19-24527-JKS
19-24675-RG
19-25309-MEH
19-25519-JKS
19-26015-JKS
19-26064-VFP
19-26343-MEH
19-26619-JKS
19-27577-MBK
19-27689-MEH
19-27759-JKS
19-27778-ABA
19-28784-ABA
19-29063-JNP
19-29322-MEH
19-29523-ABA
19-29527-VFP
19-29543-MBK
19-29668-MBK
19-30372-VFP
19-30492-JNP
19-30657-VFP
19-31264-JKS
19-31472-MEH
19-31678-MBK
19-31762-ABA
19-31781-JNP
19-32025-MBK
19-32061-JKS
19-32169-ABA
19-32328-VFP
19-32500-JNP
19-32595-JKS
19-32715-VFP
19-32821-JNP
19-32835-MEH
19-32861-MBK
19-33071-VFP
19-33268-MBK
19-33318-MBK
19-33420-MEH
19-33470-ABA
19-33478-VFP

19-33869-CMG
19-34043-JNP
20-10059-ABA
20-10273-MBK
20-10490-JKS
20-10609-JNP
20-10650-VFP
20-10718-ABA
20-10812-MEH
20-11031-JNP
20-11235-MBK
20-11362-MEH
20-11751-JKS
20-11763-SLM
20-11773-ABA
20-11880-SLM
20-11983-MBK
20-12017-VFP
20-12087-MEH
20-12094-ABA
20-12191-ABA
20-12199-ABA
20-12224-MBK
20-12279-JNP
20-12327-MBK
20-12342-RG
20-12365-MEH
20-12431-JNP
20-12798-MEH
20-12916-MBK
20-13107-MBK
20-13392-VFP
20-13547-MBK
20-13554-MBK
20-13590-MBK
20-13591-JNP
20-13630-JNP
20-13634-JNP
20-13646-MEH
20-13649-JKS
20-13694-SLM
20-13800-ABA
20-13929-JKS
20-13989-MEH
20-14125-ABA
20-14227-JNP

20-14235-CMG
20-14260-MBK
20-14314-RG
20-14348-MEH
20-14427-MBK
20-14492-MEH
20-14577-JNP
20-14677-JNP
20-14808-JKS
20-14834-MBK
20-14919-SLM
20-15133-MBK
20-15190-JKS
20-15210-MBK
20-15216-VFP
20-15232-MBK
20-15259-VFP
20-15488-JNP
20-15512-SLM
20-15557-MEH
20-15562-SLM
20-15591-VFP
20-15601-JNP
20-15769-CMG
20-15831-JNP
20-16010-MBK
20-16046-JNP
20-16188-JNP
20-16244-JNP
20-16339-ABA
20-16464-JNP
20-16511-MEH
20-16645-ABA
20-16751-ABA
20-16777-VFP
20-16933-MBK
20-16952-ABA
20-16962-MEH
20-17141-JNP
20-17312-CMG
20-17442-MBK
20-17526-CMG
20-17528-MBK
20-17684-JNP
20-17803-JNP
20-18244-MEH

20-18270-ABA
20-18295-ABA
20-18636-JNP
20-18658-MEH
20-18729-CMG
20-18770-MBK
20-18838-JNP
20-19099-VFP
20-19255-VFP
20-19279-MEH
20-19493-JNP
20-19549-MBK
20-19578-JNP
20-19739-JKS
20-20122-VFP
20-20136-JKS
20-20282-MBK
20-20324-MBK
20-20337-VFP
20-20369-JKS
20-20403-ABA
20-20469-MEH
20-20512-ABA
20-20897-JNP
20-21066-JNP
20-21175-JNP
20-21197-JKS
20-21317-ABA
20-21319-ABA
20-21672-MEH
20-21737-SLM
20-21809-JNP
20-21899-MEH
20-21926-SLM
20-21949-MEH
20-22282-ABA
20-22331-RG
20-22394-JNP
20-22489-MEH
20-22907-SLM
20-22942-MBK
20-22991-RG
20-23011-ABA
20-23247-ABA
20-23274-MBK
20-23341-MEH

20-23347-JNP
20-23367-MBK
20-23390-JNP
20-23431-VFP
20-23488-MBK
20-23522-MEH
20-23639-JKS
20-23696-MBK
20-23834-JKS
20-23862-MBK
20-23921-JNP
21-10073-ABA
21-10076-RG
21-10112-MBK
21-10253-ABA
21-10294-MBK
21-10338-SLM
21-10420-MEH
21-10429-MBK
21-10485-JNP
21-10517-SLM
21-10523-VFP
21-10711-JNP
21-10846-ABA
21-10876-MEH
21-10885-ABA
21-10907-MBK
21-10927-ABA
21-10972-JNP
21-11137-MBK
21-11143-JKS
21-11212-ABA
21-11252-MBK
21-11405-RG
21-11408-SLM
21-11426-MBK
21-11818-MBK
21-12186-VFP
21-12219-MBK
21-12247-JNP
21-12248-ABA
21-12299-SLM
21-12391-MEH
21-12412-MBK
21-12677-SLM
21-12718-JNP

21-12753-JKS
21-12874-ABA
21-12878-VFP
21-12938-MBK
21-13283-CMG
21-13405-VFP
21-13613-VFP
21-13621-MBK
21-13690-MEH
21-13783-JKS
21-13875-CMG
21-13934-JNP
21-14014-MBK
21-14020-MBK
21-14028-ABA
21-14046-JKS
21-14156-JKS
21-14364-MEH
21-14382-MBK
21-14390-MBK
21-14398-JNP
21-14520-VFP
21-14581-MEH
21-14863-ABA
21-14972-RG
21-14999-MBK
21-15006-JNP
21-15022-ABA
21-15197-MBK
21-15254-CMG
21-15373-VFP
21-15380-JNP
21-15392-JKS
21-15434-ABA
21-15596-MBK
21-15717-MEH
21-15744-MBK
21-15804-JKS
21-15891-ABA
21-15984-MBK
21-15996-MEH
21-16036-SLM
21-16075-MBK
21-16121-VFP
21-16137-MBK
21-16207-ABA

21-16242-JKS
21-16252-JNP
21-16289-ABA
21-16313-VFP
21-16429-RG
21-16430-JNP
21-16529-ABA
21-16561-MBK
21-16584-MBK
21-16613-MBK
21-16686-MBK
21-16798-RG
21-16824-JNP
21-16833-JNP
21-16987-JNP
21-17025-MBK
21-17042-MBK
21-17136-MBK
21-17220-MEH
21-17255-ABA
21-17307-ABA
21-17470-MEH
21-17563-JNP
21-17701-RG
21-17865-CMG
21-17870-MBK
21-17955-MEH
21-18027-JNP
21-18099-ABA
21-18115-JNP
21-18118-MBK
21-18128-ABA
21-18214-JKS
21-18259-JKS
21-18263-RG
21-18374-JNP
21-18425-MEH
21-18478-ABA
21-18509-JNP
21-18590-ABA
21-18648-MBK
21-18799-VFP
21-18843-SLM
21-19003-MBK
21-19032-RG
21-19174-MBK

21-19299-MBK
21-19388-VFP
21-19407-SLM
21-19461-JKS
21-19465-JNP
21-19583-JNP
21-19607-ABA
21-19637-JKS
21-19642-RG
21-19737-ABA
21-19744-JKS
21-19797-JNP
21-19818-JKS
21-19954-ABA
21-19987-JKS
22-10131-MEH
22-10159-VFP
22-10256-VFP
22-10301-JNP
22-10325-JKS
22-10331-CMG
22-10388-JKS
22-10423-MEH
22-10442-ABA
22-10522-MBK
22-10790-ABA
22-10827-ABA
22-10831-JKS
22-10850-MBK
22-10927-JKS
22-10963-MBK
22-10995-SLM
22-11054-MEH
22-11121-ABA
22-11141-SLM
22-11165-MEH
22-11198-MBK
22-11239-JNP
22-11254-ABA
22-11367-JNP
22-11454-MEH
22-11529-RG
22-11544-VFP
22-11561-CMG
22-11738-MBK
22-11739-JKS

22-11793-MBK
22-11824-JKS
22-11866-VFP
22-11966-JKS
22-12027-MBK
22-12038-ABA
22-12095-MEH
22-12162-VFP
22-12178-JNP
22-12181-MBK
22-12189-MBK
22-12234-MBK
22-12258-SLM
22-12269-MEH
22-12287-JKS
22-12412-VFP
22-12452-MEH
22-12518-ABA
22-12526-MEH
22-12737-VFP
22-12742-VFP
22-12785-MEH
22-12907-VFP
22-12961-MBK
22-12976-JKS
22-13002-MBK
22-13067-JNP
22-13082-VFP
22-13109-MEH
22-13141-JNP
22-13167-JNP
22-13264-MEH
22-13267-RG
22-13307-ABA
22-13346-VFP
22-13348-JKS
22-13378-VFP
22-13380-JNP
22-13517-MEH
22-13522-JKS
22-13581-ABA
22-13604-MEH
22-13608-ABA
22-13609-RG
22-13684-MBK
22-13694-VFP

22-13699-VFP
22-13768-VFP
22-13801-JKS
22-13803-MBK
22-13819-VFP
22-13829-JNP
22-13843-MEH
22-13844-SLM
22-13958-JKS
22-13993-JKS
22-13994-VFP
22-14135-MBK
22-14158-RG
22-14273-ABA
22-14323-MEH
22-14326-SLM
22-14466-JNP
22-14516-JNP
22-14697-JNP
22-14779-JNP
22-14800-VFP
22-14821-JNP
22-14829-VFP
22-14863-ABA
22-14890-JNP
22-14899-MEH
22-14937-CMG
22-14985-JKS
22-14989-JKS
22-15102-ABA
22-15172-CMG
22-15188-JNP
22-15342-MEH
22-15362-JNP
22-15420-JKS
22-15432-RG
22-15526-ABA
22-15579-JKS
22-15591-MBK
22-15628-RG
22-15642-VFP
22-15664-MBK
22-15710-RG
22-15719-MBK
22-15812-JKS
22-15918-JKS

22-15942-ABA
22-15953-SLM
22-15961-ABA
22-16050-MEH
22-16068-MBK
22-16104-MEH
22-16136-JNP
22-16153-ABA
22-16186-ABA
22-16198-JNP
22-16238-VFP
22-16276-SLM
22-16292-MEH
22-16344-MEH
22-16345-CMG
22-16412-JNP
22-16427-JNP
22-16435-ABA
22-16457-MBK
22-16486-MBK
22-16523-JNP
22-16543-JNP
22-16555-MBK
22-16572-SLM
22-16618-JNP
22-16631-SLM
22-16636-CMG
22-16656-ABA
22-16712-JNP
22-16747-JKS
22-16775-VFP
22-16856-MEH
22-16926-MBK
22-16936-VFP
22-16963-ABA
22-17039-JNP
22-17075-MBK
22-17107-CMG
22-17137-VFP
22-17175-MBK
22-17189-MBK
22-17204-MEH
22-17221-SLM
22-17271-CMG
22-17351-ABA
22-17388-MBK

22-17404-MEH/22
22-17445-MBK
22-17472-RG
22-17509-JNP
22-17529-ABA
22-17607-ABA
22-17648-MBK
22-17703-JKS
22-17708-MBK
22-17767-MBK
22-17806-JKS
22-17826-JNP
22-17850-MEH
22-17854-VFP
22-17917-MEH
22-17928-CMG
22-17953-SLM
22-17983-ABA
22-17985-VFP
22-17993-MBK
22-18015-ABA
22-18063-ABA
22-18065-ABA
22-18183-SLM
22-18188-MBK
22-18197-JNP
22-18300-MEH
22-18425-RG
22-18488-JNP
22-18494-JNP
22-18567-JNP
22-18576-MEH
22-18578-RG
22-18696-JNP
22-18701-MEH
22-18736-CMG
22-18744-SLM
22-18784-ABA
22-18799-JNP
22-18819-MEH
22-18825-JKS
22-18863-MBK
22-18893-ABA
22-18902-ABA
22-18929-MBK
22-18970-JKS

22-18972-ABA
22-19015-VFP
22-19045-MBK
22-19089-ABA
22-19101-VFP
22-19131-MEH
22-19139-MBK
22-19167-MEH
22-19222-ABA
22-19232-MBK
22-19290-MBK
22-19329-CMG
22-19345-JKS
22-19380-ABA
22-19385-MBK
22-19401-ABA
22-19446-ABA
22-19479-JKS
22-19504-JKS
22-19525-VFP
22-19551-VFP
22-19557-RG
22-19567-SLM
22-19594-MEH
22-19708-MEH
22-19751-MBK
22-19769-VFP
22-19780-RG
22-19923-JNP
22-20001-RG
22-20005-ABA
22-20037-MBK
22-20048-JKS
22-20051-RG
22-20142-MEH
22-20163-ABA
22-20176-JNP
22-20229-VFP
23-10026-ABA
23-10027-MBK
23-10085-RG
23-10086-SLM
23-10092-MBK
23-10094-JNP
23-10109-JKS
23-10150-MEH

23-10158-SLM
23-10169-ABA
23-10193-ABA
23-10267-ABA
23-10283-JKS
23-10293-MEH
23-10298-ABA
23-10300-MEH
23-10310-CMG
23-10314-MEH
23-10448-JKS
23-10453-JKS
23-10464-MBK
23-10498-JKS
23-10560-ABA
23-10565-MEH
23-10633-ABA
23-10681-JNP
23-10732-JNP
23-10756-RG
23-10771-JKS
23-10775-ABA
23-10806-MBK
23-10817-ABA
23-10861-ABA
23-10889-JKS
23-10899-MBK
23-10901-JKS
23-10913-MEH
23-10915-MBK
23-10933-MEH
23-10945-RG
23-10989-MBK
23-11069-VFP
23-11079-VFP
23-11215-JNP
23-11218-VFP
23-11262-ABA
23-11265-ABA
23-11318-JNP
23-11381-ABA
23-11421-MBK
23-11452-ABA
23-11456-SLM
23-11507-JKS
23-11608-RG

23-11612-ABA
23-11619-MBK
23-11627-MBK
23-11631-JNP
23-11646-JNP
23-11651-VFP
23-11660-JNP
23-11667-JNP
23-11778-VFP
23-11782-MBK
23-11804-JKS
23-11890-ABA
23-11929-CMG
23-11984-ABA
23-12000-JNP
23-12026-JNP
23-12029-MBK
23-12099-JNP
23-12102-JKS
23-12112-ABA
23-12120-MEH
23-12132-JNP
23-12133-JNP
23-12205-ABA
23-12259-ABA
23-12282-RG
23-12311-JNP
23-12340-CMG
23-12374-RG
23-12376-VFP
23-12407-RG
23-12412-ABA
23-12460-VFP
23-12499-ABA
23-12521-SLM
23-12595-SLM
23-12677-ABA
23-12754-MBK
23-12766-CMG
23-12785-MEH
23-12861-JKS
23-12879-MBK
23-12968-RG
23-12970-JKS
23-12978-RG
23-12982-MBK

23-13009-VFP
23-13016-ABA
23-13045-MBK
23-13093-MBK
23-13108-MBK
23-13109-MBK
23-13115-JNP
23-13225-MBK
23-13270-SLM
23-13455-MEH
23-13474-SLM
23-13513-ABA
23-13532-ABA
23-13590-JNP
23-13601-JKS
23-13681-MEH
23-13722-JNP
23-13728-ABA
23-13747-ABA
23-13768-JNP
23-13789-ABA
23-13798-ABA
23-13831-CMG
23-13834-ABA
23-13835-JKS
23-13915-MEH
23-13977-MEH
23-13989-MEH
23-14041-VFP
23-14048-CMG
23-14062-JNP
23-14114-ABA
23-14190-SLM
23-14191-CMG
23-14248-RG
23-14252-MBK
23-14275-MBK
23-14348-MBK
23-14353-RG
23-14450-CMG
23-14518-RG
23-14539-SLM
23-14601-JNP
23-14620-SLM
23-14723-ABA
23-14774-JKS

23-14803-JKS
23-14821-RG
23-14896-ABA
23-14946-ABA
23-14963-JKS
23-15011-ABA
23-15027-MBK
23-15046-ABA
23-15050-JNP
23-15113-ABA
23-15144-CMG
23-15242-RG
23-15262-JNP
23-15282-CMG
23-15291-ABA
23-15316-JKS
23-15357-MEH
23-15367-JNP
23-15378-ABA
23-15536-JNP
23-15547-MEH
23-15628-RG
23-15715-ABA
23-15719-ABA
23-15882-CMG
23-15893-JNP
23-16044-MEH
23-16085-JNP
23-16111-ABA
23-16126-ABA
23-16132-JKS
23-16134-VFP
23-16148-JNP
23-16184-MBK
23-16193-RG
23-16209-MEH
23-16211-ABA
23-16284-JKS
23-16287-JNP
23-16292-ABA
23-16364-CMG
23-16399-MEH
23-16532-MEH
23-16587-SLM
23-16632-SLM
23-16653-MBK

23-16673-JNP
23-16675-ABA
23-16766-JNP
23-16914-SLM
23-16920-RG
23-16980-MBK
23-16992-JNP
23-17000-RG
23-17084-RG
23-17104-CMG
23-17117-ABA
23-17168-RG
23-17199-CMG
23-17257-JNP
23-17262-JNP
23-17268-JKS
23-17285-JNP
23-17311-ABA
23-17328-VFP
23-17336-CMG
23-17346-MBK
23-17394-VFP
23-17420-JNP
23-17435-JKS
23-17491-ABA
23-17495-ABA
23-17664-RG
23-17693-JKS
23-17722-JKS
23-17736-RG
23-17766-ABA
23-17781-JNP
23-17897-JKS
23-17937-JKS
23-17941-MBK
23-17979-ABA
23-17992-VFP
23-18055-JKS
23-18071-ABA
23-18087-VFP
23-18115-MBK
23-18122-ABA
23-18132-MBK
23-18148-JKS
23-18164-VFP
23-18261-MEH

23-18279-MBK
23-18291-JNP
23-18301-JNP
23-18308-MBK
23-18322-VFP
23-18340-JNP
23-18344-ABA
23-18400-JNP
23-18409-MBK
23-18487-RG
23-18511-CMG
23-18656-RG
23-18783-RG
23-18802-MBK
23-18824-JKS
23-18839-MBK
23-18856-JNP
23-18909-SLM
23-18920-VFP
23-18944-MBK
23-18964-CMG
23-19148-ABA
23-19216-JNP
23-19219-ABA
23-19286-RG
23-19345-JNP
23-19355-MBK
23-19403-MBK
23-19519-CMG
23-19569-MEH
23-19681-MEH
23-19703-ABA
23-19708-RG
23-19752-RG
23-19759-SLM
23-19814-RG
23-19849-MEH
23-20443-ABA
23-20452-VFP
23-20479-JNP
23-20501-MEH
23-20546-VFP
23-20616-ABA
23-20631-JNP
23-20632-SLM
23-20636-JNP

23-20686-SLM
23-20709-CMG
23-20779-JNP
23-20786-JKS
23-20787-JKS
23-20789-VFP
23-20790-VFP
23-20810-MBK
23-20941-MBK
23-20955-CMG
23-20963-ABA
23-20977-MBK
23-20984-ABA
23-20988-RG
23-21002-JNP
23-21006-JKS
23-21068-CMG
23-21113-RG
23-21215-MEH
23-21246-VFP
23-21269-JNP
23-21270-JKS
23-21271-RG
23-21298-JNP
23-21313-JNP
23-21434-JNP
23-21439-JNP
23-21461-CMG
23-21542-JNP
23-21561-JKS
23-21595-CMG
23-21709-ABA
23-21713-JNP
23-21735-ABA
23-21777-SLM
23-21856-VFP
23-21861-CMG
23-21864-RG
23-21869-JNP
23-21876-ABA
24-10013-ABA
24-10016-MEH
24-10017-RG
24-10034-ABA
24-10047-JNP
24-10074-ABA

24-10088-VFP
24-10124-MEH
24-10154-ABA
24-10183-JNP
24-10216-ABA
24-10303-ABA
24-10359-ABA
24-10368-MBK
24-10377-ABA
24-10439-JKS
24-10458-VFP
24-10493-ABA
24-10526-MBK
24-10541-MBK
24-10587-JNP
24-10610-JNP
24-10619-JKS
24-10695-MBK
24-10701-ABA
24-10776-VFP
24-10800-VFP
24-10946-JNP
24-10961-JKS
24-10993-MEH
24-11014-CMG
24-11030-CMG
24-11128-JNP
24-11135-JKS
24-11203-VFP
24-11209-MEH
24-11266-MEH
24-11287-MBK
24-11360-VFP
24-11379-RG
24-11384-CMG
24-11393-JNP
24-11413-JNP
24-11425-ABA
24-11467-RG
24-11553-ABA
24-11563-JKS
24-11574-ABA
24-11670-MBK
24-11688-ABA
24-11691-JKS
24-11705-RG

24-11712-VFP
24-11728-ABA
24-11729-JNP
24-11757-JNP
24-11795-SLM
24-11801-VFP
24-12084-RG
24-12147-RG
24-12150-MBK
24-12173-VFP
24-12294-VFP
24-12346-VFP
24-12348-MBK
24-12352-CMG
24-12369-RG
24-12388-CMG
24-12392-JNP
24-12462-JNP
24-12525-ABA
24-12543-JKS
24-12573-JNP
24-12602-MEH
24-12620-SLM
24-12648-ABA
24-12684-ABA
24-12693-ABA
24-12746-ABA
24-12756-JKS
24-12790-JNP
24-12793-ABA
24-12797-JNP
24-12823-RG
24-12836-JNP
24-12840-RG
24-12844-VFP
24-12889-JNP
24-12917-JNP
24-12920-ABA
24-13031-VFP
24-13073-MBK
24-13115-VFP
24-13121-JNP
24-13167-MBK
24-13206-CMG
24-13216-JKS
24-13247-ABA

24-13250-JKS
24-13267-VFP
24-13299-VFP
24-13356-MBK
24-13416-JNP
24-13426-ABA
24-13452-MBK
24-13499-MBK
24-13517-JKS
24-13534-JKS
24-13566-JNP
24-13610-MBK
24-13653-RG
24-13662-ABA
24-13693-JNP
24-13737-RG
24-13763-ABA
24-13797-ABA
24-13833-RG
24-13842-ABA
24-13852-MBK
24-13888-JNP
24-13922-CMG
24-13924-MEH
24-13925-RG
24-13989-ABA
24-13996-CMG
24-14016-MEH
24-14035-CMG
24-14058-MEH
24-14064-ABA
24-14116-CMG
24-14234-RG
24-14245-JNP
24-14267-JNP
24-14299-JNP
24-14330-SLM
24-14340-VFP
24-14358-VFP
24-14425-MEH
24-14467-JNP
24-14504-ABA
24-14616-JKS
24-14621-ABA
24-14641-ABA
24-14658-SLM

24-14701-JKS
24-14750-ABA
24-14783-MBK
24-14825-ABA
24-14894-JNP
24-14920-ABA
24-14966-SLM
24-15001-VFP
24-15022-JNP
24-15025-MEH
24-15160-JNP
24-15177-ABA
24-15193-JKS
24-15198-CMG
24-15218-MBK
24-15248-RG
24-15261-CMG
24-15262-JKS
24-15289-VFP
24-15299-JNP
24-15354-MBK
24-15366-MBK
24-15419-SLM
24-15424-VFP
24-15455-CMG
24-15460-JNP
24-15526-CMG
24-15540-SLM
24-15592-JKS
24-15594-ABA
24-15598-MBK
Ida M. Riggins
24-15610-ABA
24-15621-JNP
24-15635-JNP
24-15641-VFP
24-15647-MEH
24-15714-JKS
24-15746-JNP
24-15781-JNP
24-15803-RG
24-15807-SLM
24-15818-JNP
24-15828-MEH
24-15833-CMG
24-15843-RG

24-15856-JKS
24-15861-MBK
24-15902-JNP
24-15924-JNP
24-15925-RG
24-15952-ABA
24-15956-JNP
24-15972-ABA
24-15981-RG
24-15990-JNP
24-16003-RG
24-16012-JKS
24-16048-RG
24-16115-VFP
24-16126-ABA
24-16141-ABA
24-16162-RG
24-16171-MEH
24-16183-JKS
24-16235-MBK
24-16248-MEH
24-16289-ABA
24-16290-CMG
24-16309-JKS
24-16323-MBK
24-16331-MBK
24-16591-JNP
24-16592-ABA
24-16599-JNP
24-16646-ABA
24-16649-MEH
24-16651-MEH
24-16664-JKS
24-16672-ABA
24-16721-VFP
24-16736-JKS
24-16744-MBK
24-16765-ABA
24-16800-MBK
24-16846-MEH
24-16877-VFP
24-16904-JKS
24-16936-RG
24-16958-MBK
24-16966-ABA
24-16987-ABA

24-16990-MBK
24-17049-MEH
24-17079-JNP
24-17100-JKS
24-17113-VFP
24-17138-JNP
24-17164-JNP
24-17176-JKS
24-17251-MBK
24-17280-MEH
24-17300-SLM
24-17313-JNP
24-17331-MBK
24-17398-ABA
24-17431-JNP
24-17460-ABA
24-17505-SLM
24-17570-VFP
24-17578-JKS
24-17579-RG
24-17592-JNP
24-17620-VFP
24-17664-ABA
24-17728-MEH
24-17771-ABA
24-17791-VFP
24-17800-ABA
24-17804-VFP
24-17830-MEH
24-17867-ABA
24-17914-SLM
24-17925-JNP
24-17974-MEH
24-18007-VFP
24-18081-ABA
24-18083-JNP
24-18098-MEH
24-18104-JKS
24-18110-MEH
24-18155-VFP
24-18203-RG
24-18210-VFP
24-18259-JNP
24-18261-ABA
24-18264-JNP
24-18308-CMG

24-18332-JNP
24-18387-JKS
24-18433-ABA
24-18434-ABA
24-18468-JKS
24-18534-JNP
24-18557-SLM
24-18588-CMG
24-18624-MEH
24-18687-JKS
24-18698-ABA
24-18718-CMG
24-18720-ABA
24-18722-VFP
24-18726-ABA
24-18752-MBK
24-18765-VFP
24-18766-JNP
24-18780-JKS
24-18821-VFP
24-18839-JNP
24-18888-MBK
24-18898-JNP
24-18935-MEH
24-18949-MEH
24-18953-ABA
24-19012-JKS
24-19028-MEH
24-19035-ABA
24-19037-MBK
24-19038-ABA
24-19080-JNP
24-19128-VFP
24-19151-ABA
24-19156-SLM
24-19195-JKS
24-19212-SLM
24-19244-JNP
24-19250-RG
24-19282-ABA
24-19295-RG
24-19299-MEH
24-19303-VFP
24-19348-JKS
24-19362-MBK
24-19399-JKS

24-19401-VFP
24-19404-ABA
24-19431-MBK
24-19440-VFP
24-19443-JNP
24-19479-VFP
24-19482-SLM
24-19533-JNP
24-19543-JNP
24-19637-JNP
24-19672-ABA
24-19720-ABA
24-19721-MEH
24-19733-ABA
24-19747-ABA
24-19751-ABA
24-19768-JKS
24-19782-MBK
24-19790-MBK
24-19797-RG
24-19810-ABA
24-19812-CMG
24-19816-JNP
24-19868-MBK
24-19901-MBK
24-19946-MBK
24-19958-CMG
24-19985-ABA
24-20021-JNP
24-20029-JNP
24-20052-JNP
24-20057-JKS
24-20071-MBK
24-20110-MBK
24-20137-CMG
24-20139-MBK
24-20148-VFP
24-20159-MBK
24-20163-VFP
24-20175-ABA
24-20219-CMG
24-20232-JKS
24-20234-JKS
24-20256-CMG
24-20260-MBK
24-20262-ABA

24-20265-JNP
24-20282-VFP
24-20327-VFP
24-20359-ABA
24-20416-SLM
24-20417-MBK
24-20501-JNP
24-20529-SLM
24-20531-MBK
24-20589-VFP
24-20643-MBK
24-20656-VFP
24-20670-CMG
24-20704-ABA
24-20744-ABA
24-20806-JNP
24-20866-VFP
24-20882-RG
24-20892-JNP
24-20953-VFP
24-20963-SLM
24-20977-JNP
24-20979-VFP
24-21014-JNP
24-21051-ABA
24-21068-ABA
24-21083-VFP
24-21140-JNP
24-21266-MEH
24-21295-SLM
24-21307-SLM
24-21364-MBK
24-21433-MBK
24-21441-ABA
24-21465-MBK
24-21503-VFP
24-21660-MBK
24-21715-VFP
24-21736-JNP
24-21753-SLM
24-21771-JNP
24-21895-RG
24-21939-JNP
24-21961-ABA
24-21991-SLM
24-22046-JNP

24-22085-MEH
24-22136-VFP
24-22137-MBK
24-22195-RG
24-22211-MBK
24-22294-RG
24-22300-SLM
24-22315-JKS
24-22326-JNP
24-22337-VFP
24-22351-JKS
24-22447-JNP
24-22488-RG
24-22495-VFP
24-22530-ABA
24-22571-MEH
24-22675-ABA
24-22705-CMG
24-22712-ABA
24-22748-VFP
24-22774-JNP
25-10024-MBK
25-10026-VFP
25-10041-MBK
25-10042-MBK
25-10054-ABA
25-10107-MBK
25-10109-RG
25-10131-JNP
25-10164-CMG
25-10168-VFP
25-10175-ABA
25-10206-MBK
25-10255-JNP
25-10273-JNP
25-10305-ABA
25-10359-VFP
25-10362-ABA
25-10373-JNP
25-10390-JKS
25-10427-JNP
25-10500-MBK
25-10550-MEH
25-10586-CMG
25-10614-MBK
25-10619-JNP

25-10629-VFP
25-10639-MBK
25-10644-CMG
25-10650-JNP
25-10658-JNP
25-10684-JNP
25-10692-ABA
25-10696-ABA
25-10725-VFP
25-10753-CMG
25-10776-VFP
25-10781-ABA
25-10811-JNP
25-10823-JKS
25-10843-CMG
25-10869-VFP
25-10888-JNP
25-10890-JKS
25-10909-ABA
25-10937-ABA
25-10968-CMG
25-10983-SLM
25-11043-MEH
25-11081-MBK
25-11097-VFP
25-11101-ABA
25-11125-JNP
25-11126-ABA
25-11191-MBK
25-11197-ABA
25-11229-ABA
25-11240-JNP
25-11254-JNP
25-11256-JNP
25-11275-JNP
25-11305-MBK
25-11320-JNP
25-11369-JNP
25-11440-ABA
25-11446-VFP
25-11544-MBK
25-11567-ABA
25-11571-JNP
25-11612-JNP
25-11614-JNP
25-11621-MBK

25-11628-ABA
25-11640-MBK
25-11642-JNP
25-11651-ABA
25-11664-VFP
25-11678-VFP
25-11682-VFP
25-11698-VFP
25-11702-CMG
25-11871-MBK
25-11938-VFP
25-12068-VFP
25-12071-MBK
25-12163-JNP
25-12164-VFP
25-12176-JNP
25-12186-JNP
25-12189-ABA
25-12192-MBK
25-12197-JNP
25-12220-VFP
25-12269-ABA
25-12270-ABA
25-12285-MBK
25-12344-JKS
25-12354-VFP
25-12380-MBK
25-12387-MBK
25-12441-JNP
25-12528-JNP
25-12547-MBK
25-12561-JNP
25-12577-JNP
25-12589-ABA
25-12596-MBK
25-12615-JKS
25-12623-CMG
25-12624-MBK
25-12650-MEH
25-12714-MBK
25-12763-VFP
25-12773-ABA
25-12780-JNP
25-12786-CMG
25-12812-ABA
25-12813-ABA

25-12815-MBK
25-12873-MBK
25-12874-VFP
25-12896-JNP
25-12929-ABA
25-12997-VFP
25-13014-VFP
25-13058-JNP
25-13065-ABA
25-13074-JNP
25-13167-JNP
25-13170-ABA
25-13195-JNP
25-13238-ABA
25-13293-MBK
25-13387-JNP
25-13432-JNP
25-13469-VFP
25-13475-JNP
25-13690-JNP
19-19528-ABA
19-21949-JNP
20-13591-JNP
20-16645-ABA
20-17684-JNP
20-18270-ABA
20-19578-JNP
20-20403-ABA
20-22282-ABA
21-15434-ABA
21-16252-JNP
21-19583-JNP
21-19797-JNP
22-11367-JNP
22-13380-JNP
22-14821-JNP
22-14863-ABA
22-15961-ABA
22-16198-JNP
22-18065-ABA
22-18494-JNP
22-18696-JNP
22-20176-JNP
23-10267-ABA
23-11149-JNP
23-11631-JNP

23-11890-ABA
23-12259-ABA
23-13590-JNP
23-14601-JNP
23-15536-JNP
23-16085-JNP
23-16287-JNP
23-16292-ABA
23-16675-ABA
23-16766-JNP
23-17262-JNP
23-17491-ABA
23-17495-ABA
23-17979-ABA
23-18071-ABA
23-18291-JNP
23-19148-ABA
23-20984-ABA
24-11413-JNP
24-11757-JNP
24-12684-ABA
24-12889-JNP
24-13693-JNP
24-13797-ABA
24-13888-JNP
24-14621-ABA
24-14825-ABA
24-14894-JNP
24-15160-JNP
24-15177-ABA
24-15299-JNP
24-15460-JNP
24-15594-ABA
24-15990-JNP
24-16289-ABA
24-16591-JNP
24-16592-ABA
24-16672-ABA
24-16765-ABA
24-16987-ABA
24-17079-JNP
24-17164-JNP
24-17398-ABA
24-17460-ABA
24-17592-JNP
24-17664-ABA

24-17771-ABA
24-17867-ABA
24-17925-JNP
24-18081-ABA
24-18083-JNP
24-18259-JNP
24-18261-ABA
24-18264-JNP
24-18698-ABA
24-18766-JNP
24-18898-JNP
24-18953-ABA
24-19080-JNP
24-19151-ABA
24-19244-JNP
24-19282-ABA
24-19443-JNP
24-19533-JNP
24-19543-JNP
24-19672-ABA
24-19747-ABA
24-19751-ABA
24-19985-ABA
24-20021-JNP
24-20052-JNP
24-20175-ABA
24-20262-ABA
24-20265-JNP
24-20744-ABA
24-20892-JNP
24-20977-JNP
24-21051-ABA
24-21140-JNP
24-21441-ABA
24-21771-JNP
24-21961-ABA
24-22046-JNP
24-22447-JNP
24-22675-ABA
24-22774-JNP
25-10054-ABA
25-10175-ABA
25-10255-JNP
25-10273-JNP
25-10362-ABA
25-10373-JNP

25-10650-JNP
25-10658-JNP
25-10684-JNP
25-10692-ABA
25-10696-ABA
25-10781-ABA
25-11197-ABA
25-11240-JNP
25-11254-JNP
25-11275-JNP
25-11369-JNP
25-11440-ABA
25-11567-ABA
25-11571-JNP
25-11612-JNP
25-11642-JNP
25-11651-ABA
25-12163-JNP
25-12176-JNP
25-12186-JNP
25-12189-ABA
25-12197-JNP
25-12269-ABA
25-12270-ABA
25-12441-JNP
25-12528-JNP
25-12561-JNP
25-12577-JNP
25-12589-ABA
25-12773-ABA
25-12780-JNP
25-12813-ABA
25-12896-JNP
25-13058-JNP
25-13065-ABA
25-13074-JNP
25-13167-JNP
25-13170-ABA
25-13195-JNP
25-13387-JNP
25-13475-JNP
25-13690-JNP