| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Walter E. Nixon**<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–6872<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 18–12056–MEH | |

## Order of Discharge                                                                                          12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Walter E. Nixon

5/30/25                                                **By the court:** <u>Mark Edward Hall</u>
                                                                           United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

   ♦ debts that are domestic support
      obligations;

   ♦ debts for most student loans;

   ♦ debts for certain types of taxes specified
      in 11 U.S.C. §§ 507(a)(8)( C),
      523(a)(1)(B), or 523(a)(1)(C) to the
      extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  
Walter E. Nixon  
    Debtor

Case No. 18-12056-MEH  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 4  
Date Rcvd: May 30, 2025      Form ID: 3180W      Total Noticed: 52

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 01, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Walter E. Nixon, 57 Center Street, Metuchen, NJ 08840-1879 |
| cr | + | Franklin Square Condominium Association, Inc., Cutolo Barros LLC, 46-50 Throckmorton Street, Freehold, NJ 07728-1973 |
| 517657857 | + | Franklin Square Condo Association, Access Property Management, 4 Walter E. Foran Blvd., Suite 311, Flemington, NJ 08822-4668 |
| 517334821 | + | Franklin Square Condominium Assoc, Access Property Management, 4 Walter E. Foran Blvd., Suite 311, Flemington, NJ 08822-4668 |
| 517657858 | + | John F Kwasnik, Esq., Mezzacca & Kwasnik, LLC, 980 Amboy Avenue, Suite 2, Edison NJ 08837-2809 |
| 517311868 | + | Real Time Resolutions, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 517334504 | | SPECIALIZED LOAN SERVICING LLC, PO BOX 105219, ATLANTA, GA 30348-5219 |
| 517334503 | + | Sanford J. Becker, Esq., PLUES E, BECKER & SALTZMAN, LLC, 20000 Horizon Wny, Suite 900, Mt. Laurel,N.J 08054-4318 |
| 517434199 | | Verizon, 4525 N Santa Fe Ave., Oklahoma City, OK 73118 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 30 2025 20:53:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 30 2025 20:53:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: SLSBKNotices@nationalbankruptcy.com | May 30 2025 20:52:00 | Specialized Loan Servicing LLC, c/o Bonial & Associates, P.C., 14841 Dallas Parkway, Dallas, TX 75254-7685 |
| 517403031 | | Email/PDF: bncnotices@becket-lee.com | May 30 2025 21:03:00 | American Express Bank, FSB, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517311850 | + | Email/PDF: bncnotices@becket-lee.com | May 30 2025 21:04:06 | Amex, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 517311849 | + | Email/PDF: bncnotices@becket-lee.com | May 30 2025 21:03:01 | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 517311852 | + | EDI: BANKAMER | May 31 2025 00:40:00 | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 517311851 | + | EDI: BANKAMER | May 31 2025 00:40:00 | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 517317864 | | Email/Text: Bankruptcy.RI@Citizensbank.com | May 30 2025 20:51:00 | Citizens Bank N.A., 1 Citizens Drive Mailstop ROP15B, Riverside, RI 02915 |
| 517311865 | | Email/Text: Bankruptcy.RI@Citizensbank.com | May 30 2025 20:51:00 | RBS Citizens Cc, 1 Citizens Dr, Ms: Rop 15b, Riverside, RI 02915 |
| 517311866 | | Email/Text: Bankruptcy.RI@Citizensbank.com | May 30 2025 20:51:00 | RBS Citizens Cc, 1000 Lafayette Blvd, Bridgeport, CT 06604 |
| 517311853 | ^ | MEBN | | |

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: May 30, 2025 | Form ID: 3180W | Total Noticed: 52 |

| Recipient ID | | Method | Date/Time | Address |
|---|---|---|---|---|
| | | | May 30 2025 20:49:37 | Capital One/Neiman Marcus/Bergdorf Goodm, Po Box 729080, Dallas, TX 75372-9080 |
| 517311854 | + | EDI: CAPITALONE.COM | May 31 2025 00:40:00 | Capital One/Neiman Marcus/Bergdorf Goodm, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 517311856 | + | EDI: CITICORP | May 31 2025 00:40:00 | Cbusasears, Po Box 6189, Sioux Falls, SD 57117-6189 |
| 517311855 | + | EDI: CITICORP | May 31 2025 00:40:00 | Cbusasears, Citicorp Credit Srvs/Centralized Bankrup, Po Box 790040, Saint Louis, MO 63179-0040 |
| 517311858 | + | EDI: JPMORGANCHASE | May 31 2025 00:40:00 | Chase Card, Po Box 15298, Wilmington, DE 19850-5298 |
| 517311857 | + | EDI: JPMORGANCHASE | May 31 2025 00:40:00 | Chase Card, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850-5298 |
| 517311860 | + | EDI: CITICORP | May 31 2025 00:40:00 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 517311859 | + | EDI: CITICORP | May 31 2025 00:40:00 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, S Louis, MO 63179-0040 |
| 517311862 | + | EDI: CITICORP | May 31 2025 00:40:00 | Citicards Cbna, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 517311861 | + | EDI: CITICORP | May 31 2025 00:40:00 | Citicards Cbna, Citicorp Credit Svc/Centralized Bankrupt, Po Box 790040, Saint Louis, MO 63179-0040 |
| 519684661 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | May 30 2025 20:54:00 | Federal Home Loan Mortgage Corporation, as Truste, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250, Federal Home Loan Mortgage Corporation,, Serviced by Select Portfolio Servicing, |
| 519684660 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | May 30 2025 20:54:00 | Federal Home Loan Mortgage Corporation, as Truste, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 517334500 | | EDI: CITICORP | May 31 2025 00:40:00 | HOME DEPOT CREDIT SERVICES, PO BOX 9001010, LOUISVILLE, KY 40290-1010 |
| 517334501 | | EDI: IRS.COM | May 31 2025 00:40:00 | Department of the Treasury, Internal Revenue Service, Stop 6525 {SP CIS},, Kansas City MO 64999-0025 |
| 517311863 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | May 30 2025 20:52:00 | Nissan Motor Acceptance Corp/Infinity Lt, Attn: Bankruptcy, Po Box 660360, Dallas, TX 75266-0360 |
| 517311864 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | May 30 2025 20:52:00 | Nissan Motor Acceptance Corp/Infinity Lt, 2901 Kinwest Pkwy, Irving, TX 75063-5816 |
| 517311867 | + | Email/Text: bkdepartment@rtresolutions.com | May 30 2025 20:53:00 | Real Time Resolutions, Attn: Bankruptcy, Po Box 36655, Dallas, TX 75235-1655 |
| 517379735 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | May 30 2025 20:52:00 | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 517334502 | | Email/Text: bankruptcy@sunrisecreditservices.com | May 30 2025 20:52:00 | Sunrise Credit Services, Inc., P.O. Box 9100, Farmingdale, NY 11735-9100 |
| 517311869 | + | EDI: SYNC | May 31 2025 00:40:00 | Syncb/electronics Expo, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517311870 | + | EDI: SYNC | May 31 2025 00:40:00 | Syncb/electronics Expo, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 517311871 | + | EDI: SYNC | May 31 2025 00:40:00 | Synchrony Bank/PC Richard, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517311872 | + | EDI: SYNC | May 31 2025 00:40:00 | Synchrony Bank/PC Richard, C/o Po Box 965036, |

| Recip ID | Notice Type | Date/Time | Name and Address |
|---|---|---|---|
| | | | Orlando, FL 32896-0001 |
| 517334499 | + Email/Text: bankruptcydepartment@tsico.com | May 30 2025 20:53:00 | TRANSWORLD SYSTEMS INC., 5626 FRANTZ ROAD, DUBLIN, OH 43017-1559 |
| 517427295 | EDI: AIS.COM | May 31 2025 00:40:00 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 517311874 | + Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | May 30 2025 21:03:47 | Wells Fargo Bank, Po Box 14517, Des Moines, IA 50306-3517 |
| 517311873 | + Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | May 30 2025 21:14:16 | Wells Fargo Bank, Po Box 10438, Macf8235-02f, Des Moines, IA 50306-0438 |
| 517361552 | + Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | May 30 2025 21:03:46 | Wells Fargo Bank, N.A., 435 Ford Road, Suite 300, Saint Louis Park, MN 55426-4927 |
| 517409372 | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | May 30 2025 21:02:33 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 517311876 | + Email/PDF: Bankruptcynoticesauto@wellsfargo.com | May 30 2025 21:02:39 | Wells Fargo Dealer Services, Po Box 1697, Winterville, NC 28590-1697 |
| 517311875 | + Email/PDF: Bankruptcynoticesauto@wellsfargo.com | May 30 2025 21:03:55 | Wells Fargo Dealer Services, Attn: Bankruptcy, Po Box 19657, Irvine, CA 92623-9657 |
| 517311877 | + Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | May 30 2025 21:02:33 | Wf Pll, Po Box 94435, Albuquerque, NM 87199-4435 |

TOTAL: 43

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517663221 | | MTA Bridges and Tunnels |
| 517663222 | | Optimum |
| 517725399 | *+ | Franklin Square Condo Association, Access Property Management, 4 Walter E. Foran Blvd., Suite 311, Flemington, NJ 08822-4668 |
| 517334824 | *+ | Home Depot Credit Services, P.O. Box 9001010, Louisville, KY 40290-1010 |
| 517334822 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, P. O. Box 6525, Kansas City, MO 64999 |
| 517376563 | * | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 517725400 | *+ | John F Kwasnik, Esq., Mezzacca & Kwasnik, LLC, 980 Amboy Avenue, Suite 2, Edison NJ 08837-2809 |
| 517663218 | *+ | John F Kwasnik, Esq., Mezzacca & Kwasnik, LLC, 980 Amboy Avenue, Suite 2, Edison, NJ 08837-2809 |
| 517334825 | *+ | Sunrise Credit Services, Inc., P.O. Box 9100, Farmingdale, NY 11735-9100 |
| 517334823 | *+ | Transworld Systems, Inc., 5626 Frantz Road, Dublin, OH 43017-1559 |

TOTAL: 2 Undeliverable, 8 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 01, 2025             Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 30, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Cory Francis Woerner | on behalf of Creditor Select Portfolio Servicing Inc., as servicer for Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2022-2 cwoerner@raslg.com |
| Denise E. Carlon | on behalf of Creditor Specialized Loan Servicing LLC dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Joseph Andrew Kutschman, III | on behalf of Creditor Franklin Square Condominium Association Inc. jkutschman@cutolobarros.com, ecourts@cutolobarros.com |
| Laura M. Egerman | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for the benefit of the Freddie Mac SLST 2022-1 Participation Interest Trust laura.egerman@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Linwood A. Jones | on behalf of Debtor Walter E. Nixon linwoodjonesesq@gmail.com jones.linwooda.r102478@notify.bestcase.com |
| Peter Adel Lawrence, I | on behalf of Creditor SELECT PORTFOLIO SERVICING INC., AS SERVICER FOR FEDERAL HOME LOAN MORTGAGE CORPORATION, AS TRUSTEE FOR FREDDIE MAC SLST 2022-1 PARTICIPATION INTEREST TRUST plawrence244@gmail.com |
| R. A. Lebron | on behalf of Creditor Select Portfolio Servicing Inc., as servicer for Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2022-2 bankruptcy@fskslaw.com |
| Robert P. Saltzman | on behalf of Creditor Specialized Loan Servicing LLC dnj@pbslaw.org |
| Tammy L. Terrell | on behalf of Creditor Select Portfolio Servicing Inc., as servicer for Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2022-2 bankruptcy@fskslaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 12